| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

# MISCELLANEOUS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FL Receivable Trust 2002-A | B-03-005; B-03-006;<br>B-03-007; B-03-008 |
| DEFENDANT | TYPE OF PROCESS *Writ of*<br>Levy Execution |
| Jamuna Real Estate, L.L.C. & Bagga Enterprises, Inc. | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Levy on Real Property & Equipment located at former Arby's restaurant at

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2409 Boca Chica Blvd., Brownsville, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Levy on real property owned by Defendant, Jamuna Real Estate, L.L.C., located at 2409 Boca Chica Blvd., Brownsville, Texas, by endorsing the date and time of Levy on the Writ of Execution.

Levy on all equipment owned by Defendant, Bagga Enterprises, Inc., located at 2409 Boca Chica Blvd., Brownsville, Texas, by entering the premises, assuming dominion over it, and forbid its removal by contacting Defendant's local agent/broker, Joe Hettler at telephone number (956) 682-2905.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER 956.542.4377    DATE 06/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/10/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 2 6 2003<br>Michael N. Milby<br>Clerk of Court | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 6/11/03   Time 2:15 pm |
| | | Signature of U.S. Marshal or Deputy<br>Robert Cuartes, SDUSM |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.60 | | 48.60 | | 48.60 | |

REMARKS:

Levied on the property and equipment as per the above special instructions via a Writ of Execution. Inventory list and photographs were provided by plaintiff's counsel James H. Hunter, Jr. (956) 542-4377.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|