| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>FL Receivable Trust 2002-A | **MISCELLANEOUS** | COURT CASE NUMBER<br>B-03-005; B-03-006<br>B-03-007; B-03-008 |
| DEFENDANT<br>Jamuna Real Estate, L.L.C. & Bagga Enterprises, Inc. | | TYPE OF PROCESS<br>Notice of Levy & Sale to<br>Defendants & Lienholders |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Defendants' attorney and lienholders of Brownsville Property

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   See Exhibit "A"

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Notice of Levy & Sale to Defendants and Lienholders by certified mail.
Addresses of Defendants' attorney and lienholders are attached as Exhibit "A".

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: 956.542.4377   DATE: 06/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1   District of Origin No. 79   District to Serve No. 79

United States District Court
Southern District of Texas
FILED
JUN 2 6 2003
Michael N. Milby
Clerk of Court

Date of Service: 6-12-03   Time: 10:30 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | 22.10 | 67.10 | | 67.10 |

REMARKS:

Copies of notice were mailed out via certified mail on 6-12-03, to lienholder's and defendant's attorney as stated on Exhibit "A"

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)