7

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>FL Receivable Trust 2002-A | COURT CASE NUMBER<br>B-03-005; B-03-006<br>B-03-007; B-03-008 |
|---|---|
| DEFENDANT<br>Jamuna Real Estate & Bagga Enterprises, Inc. | TYPE OF PROCESS<br>Notice of Levy and Sale to Publish |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Publish Notice of Levy and Sale of Real Property, equipment and furnishings

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** The Monitor, 1101 Ash X Street, McAllen, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX  78523-3509

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Publish attached Notice of Levy and Sale in The Monitor to appear on the following dates:

Saturday, June 14, 2003            Saturday, June 28, 2003
Saturday, June 21, 2003            Monday, June 30, 2003

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT      TELEPHONE NUMBER  956.542.4377    DATE 06/10/03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/11/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  7/23/03  Time 12:46 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Publication on the McAllen Monitor on the above dates.  Cost of $483.00 per each publication day; total cost of $1,932.00. Copy of billing and affidavit copy attached.

PRIOR EDITIONS MAY BE USED                **1. CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)