8

U.S. Department of Just
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FL Receivable Trust 2002-A | B-03-005; B-03-006<br>B-03-007; B-03-008 |
| DEFENDANT | TYPE OF PROCESS |
| Jamuna Real Estate, L.L.C. & Bagga Enterprises, Inc. | Levy Execution |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Levy on Real Property & Equipment located at former Arby's restaurant at

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 307 E. Expressway, Mission, Hidalgo County, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX  78523-3509

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Levy on real property owned by Defendant, Jamuna Real Estate, L.L.C., located at 307 E. Expressway, Mission, Texas, by endorsing the date and time of Levy on the Writ of Execution.

Levy on all equipment owned by Defendant, Bagga Enterprises, Inc., located at 307 E. Expressway, Mission, Texas, by entering the premises, assuming dominion over it, and forbid its removal by contacting Defendant's local agent/broker, Joe Hettler at telephone number (956) 682-2905.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 956.542.4377   DATE 06/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6/11/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 19 2003

| Date of Service 6/11/03 | Time 2:30 pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 7.20 | Forwarding Fee | Total Charges 52.20 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

MICHAEL N. MILBY CLERK OF COURT

REMARKS:

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)